IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-35632 |
| | ) | |
| RICHARD ODELL MCKINZIE | ) | Chapter 7 Bankruptcy |
| SHERRIE RENA MCKINZIE | ) | |
| Debtors. | ) | |

**NOTICE TO KOKOMO UROLOGY, INC.
THAT $4.70 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT**

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Kokomo Urology, Inc., creditor herein, and deposits $4.70 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for Kokomo Urology, Inc. was:

    Kokomo Urology, Inc.
    Peelle Law Office
    P.O. Box 1106
    Kokomo, IN  46903-1106

2. That the distribution amount payable to Kokomo Urology, Inc. was $4.70.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  12/02/2010                         /s/ Rebecca H. Fischer
                                           Rebecca Hoyt Fischer
                                           Bar No. 10537-72
                                           112 West Jefferson Blvd., Ste. 310
                                           South Bend, IN 46601
                                           Telephone:  (574) 284-2354

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-35632 |
| | ) | |
| **RICHARD ODELL MCKINZIE** | ) | Chapter 7 Bankruptcy |
| **SHERRIE RENA MCKINZIE** | ) | |
| **Debtors.** | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on December 2, 2010, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

U.S. Trustee                                                                 Brad A. Woolley
<u>USTPRegion10.SO.ECF@usdoj.gov</u>             office@woolleylaw.com

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

RICHARD & SHERRIE MCKINZIE                UNITED STATES BANKRUPTCY COURT
452 EAST TERPSTRA DRIVE                         401 S. MICHIGAN STREET
LOGANSPORT IN 46947                                SOUTH BEND, IN  46601

                                                                <u>/s/ Rebecca H. Fischer</u>
                                                                 Rebecca Hoyt Fischer